Lesley Vowels

May 13, 2024

1153 Ellerholt Court Louisville, KY 40211

FILED

lesleyvowels@gmail.com 502-435-0934

JAMES J. VILT, JR. - CLERK

MAY 15 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**USPS OIG**
**1735 North Lynn Street, Arlington, VA 22209-2020**

**THE STATE OF KENTUCKY: KENTUCKY SECRETARY OF STATE**
Pursuant to KRS 13A.220(8) Secretary of State provides notice of Administrative Regulations
700 Capital Ave #152, Frankfort, KY 40601

**KY WESTERN DISTRICT**
Gene Snyder United States Courthouse Clerk's Office
601 W. Broadway #106 Louisville, KY 40202

**KY COURT OF APPEALS**
601 W. Broadway #209 Louisville, KY 40202

**DAVES TOWING**
4822 Poplar Level Rd Louisville, KY 40213

**DISTRICT COURT CASE NO. 23-C-012942**
**CIVIL COURT OF APPEALS CASE NO. 23XX00105**
**CIVIL COURT OF APPEALS CASE NO LGE. 2023-00288**
**US DISTRICT COURT WESTERN DISTRICT KENTUCKY Case NO.3:24-CV-48-CHB**

**\*\*\*\*\*\*\* Federal US Mail Fraud:\*\*\*\*\*\*\***

I am filing a complaint with the US Postmaster as my legal mailing address and legal business

mailing address for Lesley Vowels and Lesley's Low Carb/LLC Consulting is 1153 Ellerholt

Court Louisville, KY 40211 was illegally changed without my legal consent in January 2024

during court proceedings as of January 05, 2024 and demand for jury trial as of May 08, 2024.

**On January 05, 2024:** My home/business was criminally entered at 1153 Ellerholt Court Louisville, KY 40211, and my 2008 Jeep Liberty 700-WTR was stolen from my driveway while me and my Service Security Dogs were out of town.

**On January 25, 2024:** I filed a criminal lawsuit Case # 3:24-CV-48-CHB in US Federal Court for Federal violations to Case No. 23XX00105 and Case No. NO. 23-C-012942

According to Fed. R. Civ. P. Rule 12 (a)(2) or (3) states an officer or employee of THE UNITED STATES must serve the Plaintiff an answer within 60 days either by US Mail or Electronically.

**March 25, 2024:** The defendants failed to respond by US Mail by March 25, 2024, or electronically by March 25, 2024, as my address was illegally changed by the defendants in the case ensuring I did not receive legal notices via US Mail.

**April 23, 2024:** I filed for motion for relief according to Fed. R. Civ. P. 12 (a)(2) or (3), as I did not receive legal notices by US Mail nor electronically through my US PACER account by March 25, 2024 *As Fed. R. Civ. P. Rule 12 (a)(2) or (3) legally grants me relief due to Fed. R. Civ. P. Rule 12 (a)(2) or (3) and Federal Civil Rule 12 (4)(b)(5) for Insufficient Service of Process.

**On 04/29/2024:** US Federal Case No. 3:24-CV-48-CHB was closed without hearing as I am due relief under Fed. R. Civ. P. Rule 12 (a)(2) or (3). As the defendants illegally changed my address during legal proceedings, ensuring I did not receive proper legal notices from government/state employees within 60 days .

*Daves Towing is also refusing to provide an invoice and to release my 2008 Jeep Liberty regardless of not providing proper legal notice of tow nor an invoice through US Mail.

According to –KRS 291.928 (3)(c) If the owner of the storage facility fails to provide notice as provided in this section, the motor vehicle storage facility shall forfeit all storage fees accrued

after ten (10) days from the date of tow. I was not properly notified by US Mail by Daves Towing and they also refuse to provide my 2008 Jeep Liberty 700-WTR as they did not provide proper notice by US Mail and therefore grants me relief of the tow expenses.

**05/13/2024:** I am filing a complaint with the US Postmaster as my address was illegally changed without my legal consent in January 2024 during court proceedings for US Appeals Case No 23xx00105 and US Federal Court Case No 3:24-CV-48-CHB,  Relief has been illegally denied as Fed. R. Civ. P. Rule 12 (a)(2) or (3)  grants  relief as Fed. R. Civ. P. Rule 12 (a)(2) or (3) states an officer or employee of THE UNITED STATES must serve the Plaintiff an answer within 60 days either by US Mail or Electronically; Else, The Plaintiff is granted relief due to Fed. R. Civ. P. Rule 12 (a)(2) or (3). I did not receive proper legal notices by US Mail by March 25, 2024 as the defendant in Case No 3:24-CV-48-CHB illegally changed my address during court proceedings and the my cases closed without a Due Process under the The Fifth Amendment's Due Process Clause as this illegal address change grants me relief under Fed. R. Civ. P. Rule 12 (a)(2) or (3) .

L. Vowels
1153 Ellenholt Ct.
Lou. Ky. 40211



CERTIFIED MAIL

9589 0710 5270 1486 2019 71






**Retail**

U.S. POSTAGE PAID
FCM LG ENV
FAIRDALE, KY 40118
MAY 13, 2024

40202

**$5.35**

RDC 99

R2304Y122869-11

KENTUCKY WESTERN DISTRICT
601 West Broadway #106
Lou. Ky. 40202