6091

# DAVE'S TOWING SERVICE & STORAGE, INC.

4822 Poplar Level Road
Louisville, KY 40213
(502) 962-1020

THIS LETTER IS TO NOTIFY YOU THAT THE VEHICLE LISTED BELOW HAS BEEN IMPOUNDED BY DAVE'S TOWING AND STORAGE.

THE TOWING AND IMPOUNDMENT FEES ARE $138.00  THE CHARGE FOR DOLLIES IS $27.00.  THE CHARGE FOR STORAGE IS $25.00 PER DAY.  THE CHARGE FOR CERTIFIED MAIL IS $15.00.

IF WE ARE NOT NOTIFIED IN **10 DAYS**, THE VEHICLE WILL BE SOLD TO COVER UNPAID DEBT. KRS 82.625 THE VEHICLE SHALL BE DEEMED ABANDONED UNLESS THE CHARGES ARE PAID WITHIN (45) DAYS.

SHOULD YOU DESIRE TO RECLAIM YOUR VEHICLE, YOU **MUST** NOTIFY THE ABOVE LOCATION **IMMEDIATELY** UPON RECEIPT OF THIS LETTER.  UPON PAYMENT OF ALL OUTSTANDING DEBT, YOU MAY RECLAIM YOUR VEHICLE.  ALL MONIES OWED **MUST** BE PAID IN FULL BEFORE VEHICLE WILL BE RELEASED.

CASH ONLY.

THIS IS YOUR LAST NOTIFICATION.

_Reel Two Liberty_   MAKE/MODEL

_8W112787_   VIN#

LICENSE# 700 WTR

OWNERS NAME Leslie Jenkins
1153 Ellerholt Ct
40211

USPS Certified Mail Receipt

Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Louisville KY 40211    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.35 | 0711 |
| $ | $0.00 | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $0.66 | |
| $ | | 01/12/2024 |
| Total Postage and Fees | | |
| $5.01 | | |

Sent To: Leslie Jenkins
Street and Apt. No., or PO Box No.: 1123 Ellerholt Ct
City, State, ZIP+4: 40211

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions





11:49 LTE

michael foodserv... Feb 14
to me

From: michael foodservstaffing.com
michael@foodservstaffing.com

To: lesleyvowels@gmail.com lesleyvowels@gmail.com

Date: Feb 14, 2024 at 6:11 PM

Standard encryption (TLS)
Learn more

Hello Ms. Lesley Vowels,

Please see attachment of your W2.

We mailed your W2 a few weeks ago, the mail carrier returned your W2 back to us as this was undeliverable.

Thank you,

**Michael Brundu**
Payroll Manager

(760) 439-7500 Ext. 117

3605 Ocean Ranch Blvd, Suite 110
Oceanside, CA 92056

FoodServStaffing.com

**FoodServ STAFFING**
Hospitality Staffing Made Simple
An Occasions Staffing Solutions, LLC Company

**281.928 Required notice to owner and lienholder -- Contents -- Holding and retrieval period for towed vehicles.**

(1) Within one (1) business day of the removal, a towing company shall contact the cabinet in order to ascertain the identity of the owner and any lienholder of any motor vehicle registered in Kentucky which it has towed and, within ten (10) days of the removal, shall, by certified mail, provide notice to the owner and any lienholder at the address or addresses of record, when a motor vehicle has been:

  (a) Towed under KRS 281.924 or 281.926;

  (b) Involuntarily towed or transported pursuant to order of police, other public authority, or private person or business for any reason;

  (c) Stolen or misappropriated and its removal from the public ways has been ordered by police, other public authority, or by private person or business; or

  (d) In any other situation, involuntarily towed or transported by order of police, other authority, or by private person or business. If the lienholder is a registered organization listed in the business records of the Secretary of State, the cabinet shall provide the address listed for the lienholder.

(2) The cabinet shall, within two (2) business days, provide the towing company the name and address of the owner and lienholder of any motor vehicle requested pursuant to subsection (1) of this section.

(3) (a) If a vehicle described in subsection (1) of this section is placed in a garage or other storage facility, the owner of the facility shall provide the notice required in subsection (1) of this section, by certified mail, to the owner and any lienholder at the address or addresses of record of the motor vehicle within ten (10) days of recovery of, or taking possession of, the motor vehicle.

  (b) Any notice sent under this subsection shall comply with the notification provisions of subsection (4) of this section and shall include an estimated itemized invoice pursuant to KRS 281.926(5) that specifies the amount of charges for towing, recovery, storage, transporting, and other applicable charges due on the vehicle.

  (c) If the owner of the storage facility fails to provide notice as provided in this section, the motor vehicle storage facility shall forfeit all storage fees accrued after ten (10) days from the date of tow.

  (d) This subsection shall not apply to a garage or storage facility owned or operated by a government entity.

(4) Any notification required under subsection (1) or (2) of this section shall include:

  (a) The date and time the vehicle was towed;

  (b) The location from which the vehicle was towed;

  (c) The name, address, and telephone number where the vehicle will be located;

  (d) The location, address, and phone number where payment and business transactions take place if different from the business address;

  (e) The name, address, and phone number of the towing company or storage facility;

