

# Case Assignment
# Standard Civil Assignment

Case number **3:24CV-294-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 5/17/2024 3:40:01 PM
Transaction ID: 92087

[Request New Judge]   [Return]

No Fee
No IFP
No Summ